IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00004-REB-MEH

PARKVIEW GARDENS BUILDING OWNERS ASSOCIATION,

 Plaintiff,

v.

OWNERS INSURANCE COMPANY,

 Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 26, 2015.**

 Before the Court is a "Motion to Amend Caption" that was filed December 11, 2014 in Boulder County District Court in this action before it was removed [filed January 21, 2015; docket #14]. It was filed in this case by the Defendant as a motion; however, because it is identical to a document filed within the "state court docket" attached to the Notice of Removal at docket #1-4, the Court finds that the document was improperly filed here. Accordingly, the present motion is **denied**.