IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00004-REB-MEH

PARKVIEW GARDENS BUILDING OWNERS ASSOCIATION,

      Plaintiff,

v.

OWNERS INSURANCE COMPANY,

      Defendant.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 7, 2015.**

The second Joint Stipulated Motion for Entry of Protective Order [filed April 7, 2015; docket #37] is **denied without prejudice**, and the proposed Protective Order is refused.

The parties are granted leave to file a revised proposed protective order (*separate* from the motion), which is consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a *specific* mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. For example, the burden is on the party designating a document as confidential; accordingly, the designating party should file any motion with the Court seeking to retain a document's confidentiality.

In addition, the Court will *not* retain continuing jurisdiction over a closed case. *See* ¶ 17.

If the parties re-file the motion and proposed order, they shall again provide the Court with a copy of the proposed order (not the motion) in useable format (Word, Word Perfect) via email at hegarty_chambers@cod.uscourts.gov.