IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00004-REB-MEH

PARKVIEW GARDENS BUILDING OWNERS ASSOCIATION,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 8, 2015.**

    The third Joint Stipulated Motion for Entry of Protective Order [filed April 8, 2015; docket #40] is **granted**.  The proposed Protective Order is accepted and filed contemporaneously with this minute order.