IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00004-REB-MEH

PARKVIEW GARDENS BUILDING OWNERS ASSOCIATION, a Colorado non-profit corporation also known as the PARK VIEW GARDENS BUILDING CONDO ASSOCIATION,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 18, 2015.**

    Plaintiff's Motion for Leave to File Supplemental Authority in Support of Plaintiff's Motion for Leave to File Second Amended Complaint and Jury Demand [filed May 15, 2015; docket #54] is **granted**. The Court will consider the supplemental authority Plaintiff provided in support of its motion to amend.