IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-0004-REB-MEH | Date: | June 4, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

PARKVIEW GARDENS BUILDING OWNERS  Madison Anderson
ASSOCIATION  Dustin Hughes

   Plaintiffs,

v.

OWNERS INSURANCE COMPANY  Robert Zupkus
  Kristi Lush

   Defendant.

---

**COURTROOM MINUTES**
**MOTION HEARING**

---

**2:03 p.m.**     **Court in session.**

Court calls case. Appearances of counsel. Kathy Riley, plaintiff, was also present.

**ORDERED**:

[51] MOTION for Leave to *File Amended Answer, Counterclaims and Jury Demand to Amended Complaint*, is GRANTED. The defendant shall file a clean copy of [51-1] Amended Answer, Counterclaims and Jury Demand to Amended Complaint, into the record.

[53] MOTION for Leave to *File Second Amended Complaint and Jury Demand* is TAKEN UNDER ADVISEMENT.

**3:13 p.m.**     **Court in recess.**     Hearing concluded.
Total in-court time   01:10

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.