IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00004-REB-MEH

PARKVIEW GARDENS BUILDING OWNERS ASSOCIATION, a Colorado non-profit corporation also known as the PARK VIEW GARDENS BUILDING CONDO ASSOCIATION,

      Plaintiff,

v.

OWNERS INSURANCE COMPANY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 5, 2015.**

      Before the Court are two motions filed by parties in response to questions posed by the Court at a motion hearing held in the above-captioned case on June 4, 2015.

      The Court notes that both parties failed to confer with the other before filing the motions as is required pursuant to D.C. Colo. LCivR 7.1(a); however, the Court will accept the motions as both parties filed them in response to the Court's questions.

      Defendant's Motion for Leave to File Supplemental Authority in Response to Plaintiff's Motion for Leave to File Second Amended Complaint and Jury Demand [filed June 5, 2015; docket #70] is **granted**.

      Plaintiff's Motion for Leave to Submit Supplemental Authority and/or Argument re ECF 53 [filed June 5, 2015; docket #71] is also **granted**.

      By granting the motions, the Court acknowledges that the content each party filed within the motions has been received and will be considered as the Court rules on the pending motion before it (*see* docket #53).