IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00004-REB-MEH

PARKVIEW GARDENS BUILDING OWNERS ASSOCIATION, a Colorado non-profit corporation also known as the PARK VIEW GARDENS BUILDING CONDO ASSOCIATION,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 31, 2015.**

    Plaintiff's Unopposed Motion to Amend Scheduling Order [filed July 29, 2015; docket #90] is **denied without prejudice**. Plaintiff does not propose alternative deadlines to those set forth in the Scheduling Order; rather, Plaintiff essentially seeks a stay of the discovery deadlines pending resolution of Plaintiff's motion to amend and this Court's recommendation issued June 10, 2015. Because the Defendant's motions to stay the proceedings are currently pending before Judge Blackburn, this Court will not consider an identical request from the parties.