**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-00004-REB-MEH

PARKVIEW GARDENS BUILDING OWNERS ASSOCIATION, a Colorado non-profit corporation, also known as the PARK VIEW GARDENS BUILDING CONDO ASSOCIATION,

    Plaintiff,
v.

OWNERS INSURANCE COMPANY,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **ORDER ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE** of Judge Robert E. Blackburn entered on December 17, 2015, it is

ORDERED that under 28 U.S.C. § 1447(e), this case is remanded to the District Court for Boulder County, Colorado (where it was filed initially as Case Number 14CV031519); it is further

ORDERED this case is closed.

Dated at Denver, Colorado this 18th day of December, 2015.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                                  By: _____s/ K. Finney_____
                                            K. Finney
                                            Deputy Clerk